**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00720-CV

**NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, ET AL., Appellants**

**V.**

**CE DESIGN, LTD., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14467**

## ORDER

We **GRANT** appellees' August 1, 2013 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before September 4, 2013. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE